# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**MARIAH RENEY DECKER**                                    **Case No.: 3:26−cv−00625−MO**

  Plaintiff,

**v.**

**MULTNOMAH COUNTY, et al.**

  Defendant.

---

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

  Pursuant to LR 26−2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** 7/8/26

| | |
|---|---|
| **Signature:** | /s/Caitlin Mitchell |
| **Name and OSB ID:** | Caitlin Mitchell, OSB 123964 |
| **E−mail Address:** | cmitchell@justicelawyers.com |
| **Firm Name:** | Johnson Johnson Lucas & Middleton, PC |
| **Mailing Address:** | 975 Oak Street, Suite 1050 |
| **City, State, Zip:** | Eugene, OR 97401 |
| **Parties Represented:** | Mariah Decker |